**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00349-CR

### EX PARTE IKE BRIGHT

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX12-90038-S**

## ORDER

By letter dated May 10, 2013, this Court notified the trial court that the record did not contain the trial court's certification of appellant's right to appeal. We asked the trial court to file, within ten days, a certification of appellant's right to appeal. When we did not receive a certification by June 3, 2013, we sent the trial judge a letter inquiring about the status of the certification. To date, we have not received the certification of appellant's right to appeal nor a response to our June 3, 2013 letter inquiring about the status of the certification. Texas Rule of Appellate Procedure 25.2(a)(2) requires the trial court to enter a certification of the defendant's right to appeal each time it enters a judgment of guilt or other appealable order. TEX. R. APP. P. 25.2(a)(2).

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file a supplemental record containing the certification within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
        PRESIDING JUSTICE